INTERNATIONAL SILVER CO., Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by the International Silver Company against Orlando F. Thomas.

PER CURIAM. Order modified, by providing that examination of the witnesses produced by the plaintiff be continued from day to day until completed, that such examination be concluded on or before July 1, 1905, and that, in case such examination occupies more than five days, the plaintiff be required to pay to defendant's attorney $10 for each day in excess of five so occupied, in addition to the sum specified in the order appealed from, and, as so

modified, affirmed, without cost of this appeal to either party.

WILLIAMS, J., dissents, on the ground that under the facts of this case the granting of an open commission was an improper exercise of discretion, and the order should be reversed and the motion denied.